FILED
JUL 28 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAIME LOPEZ,<br>Defendant. | Case No. 15CR 1944 - DMS<br>I N F O R M A T I O N<br>Title 18, U.S.C., Sec. 641 – **Theft of Public Property - (Misdemeanor)** |

The United States Attorney charges:

Count 1

From about January 1, 2010, through July 1, 2014, within the Southern District of California, defendant JAIME LOPEZ knowingly converted to his use property belonging to the United States, with the intention of depriving the United States of the use and benefit of the property; in violation of Title 18, United States Code, Section 641.

DATED: July 28, 2015.

LAURA E. DUFFY
United States Attorney

Jeffrey D. Hill
Special Assistant U.S. Attorney