AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Class A Misdemeanor Case

FILED
JUL 2 8 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

for the

Southern District of California

United States of America
v.
JAIME LOPEZ
*Defendant*

Case No. 15CR1944-DMS

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A CLASS A MISDEMEANOR CASE

[Maximum Term of Imprisonment Greater Than Six Months But Not More Than One Year, 18 U.S.C. § 3581(b)(6)]

A United States Magistrate Judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The Magistrate Judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States District Judge or a United States Magistrate Judge.

I consent to being tried before a United States Magistrate Judge, and I waive my rights to trial, judgment, and sentencing by a United States District Judge.

*Defendant's signature*

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver:

*Government representative's signature*

Jeffrey Hill / Assistant U.S. Attorney

*Government representative's printed name and title*

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

*Defendant's signature*

Knut

*Printed name of defendant's attorney (if any)*

*Signature of defendant's attorney (if any)*

Date: 7-28-15

Approved by:

*Magistrate Judge's signature*