LAURA E. DUFFY
United States Attorney
JEFFREY D. HILL
Special Assistant U.S. Attorney
California Bar No.: 235258
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7924; Fax: (619) 546-0510
Email: Jeffrey.Hill@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMIE LOPEZ,<br>Defendant. | ) | Criminal Case No. 15CR1944-JLB<br><br>NOTICE OF APPEARANCE |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Jeffrey D. Hill | 235258 | (619) 546-7924 | jeffrey.hill@usdoj.gov |

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

| Name | Cal. Bar No. | Telephone No. | Email Address |
| --- | --- | --- | --- |
| None. | | | |

Please call me if you have any questions about this notice.

DATED: July 31, 2015.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Jeffrey D. Hill
JEFFREY D. HILL
Special Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: jeffrey.hill@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAMIE LOPEZ,<br>Defendant. | Case No. 15CR1944-JLB<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Jeffrey D. Hill, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Executed on July 31, 2015.

s/Jeffrey D. Hill
JEFFREY D. HILL